# **HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

May 31, 2019

Lorena P. Duarte, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: lduarte@hanglaw.com

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: Guaman Montero, et al. v. New 32nd St. d/b/a Enail, et al.
           Case No. 18-cv-9859

Dear Judge Schofield:

      This firm is counsel for the Plaintiffs in the above referenced matter. I write jointly with counsel for the Defendants and submit this supplement to the Motion for Settlement approval in response to your order of May 28, 2019 (Dkt. No. 36) whereas the Court determined that the Parties supporting materials are deficient because they do not provide sufficient information regarding Plaintiffs estimate of damages and a breakdown of Plaintiffs' damage calculations are requested.

      The gross settlement amount for the Plaintiffs is $62,500.00, inclusive of Plaintiff's counsel's attorneys' fees and costs of $21,458.00. After reviewing records produced, the Parties agreed that Plaintiff Montero was owed $15,371 in back wages and Plaintiff Sailema was owed $7,336.00 in back wages for a total of $22,707.00 in combined back wages owed under the FLSA and NYLL. Plaintiff Montero will receive 67% of the combined back wages owed and will receive a settlement payment of $27,498.00 as payment for back wages, liquidated damages and statutory damages. Plaintiff Sailema will receive 33% of the combined back wages owed and will receive a settlement payment of $13,544.00 for unpaid back wages, liquidated damages and statutory damages. The settlement amount was distributed based on the amount of time each Plaintiff worked and the amount each was paid. Please see Damage Calculations herein attached as **Exhibit A.**

      We thank the Court for its time and attention to this matter and respectfully request that the Settlement Agreement submitted on May 17, 2019 (Dkt. No. 35) be approved.

                                                    Respectfully submitted,

Very Truly Yours,

*/s/ Lorena P. Duarte*
Lorena P. Duarte, Esq.
*Attorney for Plaintiffs*